VIRNA L. SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for MAURICIO VACA BUCIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICIO VACA BUCIO,<br><br>Defendant. | Case No.: 1:18-cr-00158 DAD BAM<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S REQUESTED MARSDEN HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MAURICIO VACA BUCIO, by and through his attorney of record, Virna L. Santos, hereby requesting that the Marsden hearing currently scheduled for January 30, 2019 at 2:00 be continued to February 4, 2019 at 2:00 p.m. before the duty magistrate.

This matter was set for hearing on February 16, 2019 before this court. That same afternoon, undersigned counsel had to attend to a sentencing hearing in Fresno Superior Court that was continued from the morning due to the unavailability of a court reporter as a result of an workers' strike. Because this matter could not be heard before undersigned counsel was scheduled to return to Superior Court, the matter was continued to January 30, 2019 at 2:00 p.m. at her request. However, after further review, counsel realized that she has a conflict with a

Stipulation and Proposed Order to Continue Hearing

1

telephonic court appearance on January 30, 2019. Thus, the parties have agreed to continue the matter to February 4, 2019 at 2:00 p.m.

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: January 17, 2019                      Respectfully Submitted,

/s/Virna L. Santos_____
VIRNA L. SANTOS
Attorney for Defendant
MAURICIO VACA BUCIO

DATED: January 17, 2019                      /s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant U.S. Attorney

### ORDER

The Marsden hearing currently set for January 30, 2019, is hereby continued to February 4, 2019.

IT IS SO ORDERED.

Dated: __**January 18, 2019**__           /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE